UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLANDA MAULEON,

                Plaintiff,

-against-

JAN G. EGGERS AND FASTLANE
MOTORCYCLE RENTALS, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/9/2022_

21 Civ. 6893 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for February 15, 2022, is ADJOURNED to **March 1, 2022**, at **10:20 a.m.**

    SO ORDERED.

Dated: February 9, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge